IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| In the Matter of the Search of: | MJ-16-81-M-JCL |
| 1909 Strand Avenue, Missoula, Montana 59801 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 18th day of November, 2016.

Jeremiah C. Lynch
United States Magistrate Judge